FILED
APR 02 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) CASE NO. 3:25 CR 146 |
| v. | ) JUDGE ZOUHARY |
| | ) MAGISTRATE JUDGE CLAY |
| RYAN RIEGER, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about October 4, 2024, in the Northern District of Ohio, Western Division, Defendant RYAN RIEGER knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, on or about August 6, 2013, Case Number CR0201301900, Lucas County Common Pleas Court, and Robbery, on or about November 30, 2022, Case Number CR0202202187, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms, to wit: Remington Arms, Model 31L, 12 gauge shotgun, serial number 118800, Ranger, .22 caliber rifle, no serial number, 20-12GA, 12 gauge shotgun, no serial number, and a Savage Arms, model 115, .22 caliber rifle, serial number C739072, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ORIGINAL

## FORFEITURE

The Grand Jury further charges:

    2.    The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant Ryan Rieger shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1.

                                          A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.